# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Asinor et al.

v.

District of Columbia et al.

**Case No:** 22-7129

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Oyoma Asinor

Bryan Dozier

### Counsel Information

**Lead Counsel:** Scott Michelman

Direct Phone: (202) 601-4267  Fax: (   )   Email: smichelman@acludc.org

**2nd Counsel:** Arthur B. Spitzer

Direct Phone: (202) 601-4266  Fax: (   )   Email: aspitzer@acludc.org

**3rd Counsel:**

Direct Phone: (   )   Fax: (   )   Email:

**Firm Name:** American Civil Liberties Union Foundation of the District of Columbia

**Firm Address:** 915 15th Street NW, 2nd Floor, Washington D.C. 20005

**Firm Phone:** (202) 457-0800  Fax: (   )   Email: info@acludc.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)