**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Oyoma **ASINOR**, *et al.*,
       Plaintiffs-Appellants

v.

**DISTRICT OF COLUMBIA**, *et al.*,
       Defendants-Appellees

Nos. 22-7129 & 22-7130

**NOTICE OF CONSENT TO FILE AMICUS BRIEF**

Under Circuit Rule 29(b), Thomas K. Clancy provides notice that he intends to file an amicus brief supporting the plaintiffs–appellants in this appeal. Counsel for all parties have consented to the filing of this brief.

Thomas K. Clancy is Professor Emeritus at the University of Mississippi School of Law.  He is a member of the United States Court of Appeals for the District of Columbia and, as such, he is the sole signatory of this brief.  On the brief with him is Morgan Cloud, the Charles Howard Candler Professor of Law at Emory University, who is not a member of this Bar.  They will not be joined as *amici* by any other individuals or institutions.

    February 22, 2023

                                         Respectfully submitted,

                                         /s/ Thomas K. Clancy
                                         Thomas K. Clancy

          Professor of Law Emeritus
          University of Mississippi School of Law
          34 Dexter Avenue
          Sandwich, MA 02563
          clancy.thomas.k@gmail.com
          (662) 832-5244

          Counsel for *Amici Curiae*

## CERTIFICATE OF SERVICE

On February 22, 2023, I caused a copy of this document to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

          /s/ Thomas K. Clancy
          Thomas K. Clancy
          Counsel for *Amici Curiae*